IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-*97-M* |
| | ) | |
| JERRY LEE HOLMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ARREST WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to issue a warrant for the arrest of the defendant, Jerry Lee Holmes, pursuant to a Criminal Complaint sworn on May 9, 2008.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: May 9, 2008

SO ORDERED this __9__ day of _____, 2008.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge