UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-92M |
| | : | |
| JERRY L. HOLMAN | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire as attorney of record and enter the appearance of Keir Bradford, Esquire as attorney on behalf of Defendant, Jerry L. Holman, in the above-captioned matter.

    /s/  Keir Bradford
KEIR BRADFORD, ESQUIRE
Assistant Federal Public Defender
One Customs House, Suite 110
704 King Street
Wilmington, DE  19801
302-573-6010
ecf_de@msn.com

DATED: May 14, 2008